# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2006

Clifford W. Taylor,
Chief Justice

131684

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LONNY S. SMITH,
        Plaintiff-Appellee,

v

SC: 131684
COA: 267781
WCAC: 04-000421

DAIMLERCHRYSLER CORPORATION,
        Defendant-Appellant.

_____/

       On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2006

_____
Clerk

t1024